IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>RMFP HOLDINGS LLC<br><br>Debtor. | Chapter 7<br>Case No.: 07-10651/CSS<br>Hearing Date:   March 21, 2012 at 2:00 P.M.<br>Objection Date: March 12, 2012 at 4:00 P.M.<br>Related Doc.: 344 |

## ORDER TO PAY UNCLAIMED CHECK TO COURT

**IT IS ORDERED** that the Trustee shall pay a check dividend in the amount of six thousand nine hundred thirty-one dollars and ninety-two cents ($6,931.92) to the Clerk, United States Bankruptcy Court for the District of Delaware, representing unclaimed payments below:

**Claim No.: 84** in the amount of $440.28, Check No.: 10228, payable to Wil A. Beaver, and mailed C/o Peggi Lund, 558 N. 5th Street, Apt. 6, Laramie, WY 82072;
**Claim No.: 106** in the amount of $398.67, Check No.: 10233, payable to Cody K. Kallevig, and mailed to 502 Reynolds #3A, Laramie, WY 82070;
**Claim No.: 13** in the amount of $415.63, Check No.: 10252, payable to Wilson Mach of El Paso, Inc., and mailed to 251 Valley Chile Road, Vinton, TX 79821;
**Claim No.: 14** in the amount of $141.97, Check No.: 10253, payable to Absolute Transport, L.L.C., mailed to 1606 West Whispering Wind, Phoenix, AZ 85085;
**Claim No.: 19** in the amount of $1,169.34, Check No.: 10254, payable to Bighorn Lumber Co., Inc., and mailed to P. O. Box 2231, Laramie, WY 82073-2231;
**Claim No.: 29** in the amount of $196.57, Check No.: 10258, payable to East West Motor Express, Inc. and mailed to 5289 Paysphere Circle, Chicago, IL 60674;
**Claim No.: 31** in the amount of $599.34, Check No.: 10260, payable to Pope & Talbot, Inc. and mailed to Department 1612, Denver, CO 80291-1612;
**Claim No.: 40** in the amount of $51.87, Check No.: 10266, payable to Vista Transport Services, and mailed to P. O. Box 1252, Buena Vista, CO 81211;
**Claim No.: 81** in the amount of $55.15, Check No.: 10288, payable to H & E Equipment Services and mailed to 4010 S. 22nd Street, Phoenix, AZ 85040;
**Claim No.: 105** in the amount of $3,405.08, Check No.: 10298 payable to State of Wyoming, Dept. of Workforce and mailed Attn: WDTF Program, 122 W. 25th Street, Herschler 2-E, Cheyenne, WY 82002;
**Claim No.: 119** in the amount of $35.49, Check No.: 10305, payable to In Transit, Inc. d/b/a UTI Transport Solutions, and mailed to P. O. Box 1685, Medford, OR 97501;
**Claim No.: 123** in the amount of $22.53, Check No.: 10307, payable to Colorado Equipment, and mailed to 910 East Cheyenne Blvd., Colorado Springs, CO 80906;

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

Ordered this ____19th____ day of __March__, 2012